

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DALLAS NATIONAL INSURANCE COMPANY, | § | No. 08-12-00189-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 346th District Court |
| | § | |
| GLORIA DE LA CRUZ, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2010-104) |

# **O R D E R**

On its own motion, and pursuant to Tex.R.App.P. 34.6(d), the Court has determined that it is necessary for the record to be supplemented. It is therefore ORDERED that, Shirl Taylor-Earl, Court Reporter of the 346th District Court of El Paso County, Texas, prepare a Supplemental Reporter's Record to include the **original** of the following exhibits:

1) Plaintiff's Exhibit No. 2; Physician Evaluation
2) Plaintiff's Exhibit No. 3; Medical Evaluation
3) Plaintiff's Exhibit No. 4; Medical Record Review
4) Plaintiff's Exhibit No. 7; TWC Status Report
5) Plaintiff's Exhibit No. 9; EOSG Records
6) Plaintiff's Exhibit No. 10; Sierra Prov. Records
7) Plaintiff's Exhibit No. 11; Premier Pain Care Review
8) Plaintiff's Exhibit No. 13; Transcript
9) Defendant's Exhibit No. 5; Peer Review
10) Defendant's Exhibit No. 18; Records: Dr. Viesca
11) Defendant's Exhibit No. 19; EPOSG Records
12) Defendant's Exhibit No. 24; Report: Dr. Erwin
13) Defendant's Exhibit No. 25; Peer Review
14) Defendant's Exhibit No. 26; Video
15) Defendant's Exhibit No. 27; Video

The same shall be certified and forwarded to this Court on or before May 17, 2013.

The Clerk of this Court will return the original exhibits to the District Clerk of El Paso County, Texas after final disposition of this appeal.

IT IS SO ORDERED this 14th day of May, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.